

**NUMBER 13-94-00346-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FRANK D. YTURRIA,** **Relator,**

**v.**

**HON. J. MANUEL BAÑALES, ET AL.,** **Respondents.**

---

**On Petition for Writ of Mandamus.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

This petition for writ of mandamus was abated by this Court on June 2, 1994, due to the mandamus action being premature. The original proceeding was abated until such time as the superseded partition judgment was finally determined through the normal course of appeal. Since the abatement there has been no activity in this original proceeding.

On March 12, 2009, the Court ordered the parties to file an advisory regarding the status of the original proceeding and, if applicable, a motion to reinstate the original proceeding or a motion to dismiss the original proceeding. The trial court responded to the order by informing this Court that the case was settled on all issues and recommended that the pending petition for writ of mandamus be dismissed. Accordingly, we reinstate and dismiss the petition for writ of mandamus for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Any pending motions are dismissed as moot.

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of April, 2009.